COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| EL PASO CENTRAL APPRAISAL | | No. 08-15-00085-CV |
| DISTRICT OF EL PASO COUNTY, | § | |
| TEXAS, | | Appeal from |
| | § | |
| Appellant/Cross-Appellee, | | County Court at Law No. 3 |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| MISSION SENIOR COMMUNITY, INC., | | (TC # 2012-DCV-02157) |
| AND TIERRA DEL SOL HOUSING | § | |
| CORPORATION, | | |
| | § | |
| Appellees/Cross-Appellants. | | |

# **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.